UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISLAND DESIGN & LANDSCAPING INC.,

                                       Plaintiff,

              -against-

THE VILLAGE OF FREEPORT, JCB & SONS, INC. d/b/a
NON-STOP TOWING & RECOVERY a/k/a NON-STOP
TOWING a/k/a NON-STOP TOWING AND RECOVERY,
JEROME BONOMO, individually, FREEPORT POLICE
CHIEF MICHAEL SMITH, individually, and OFFICER
RICHARD SAMUEL, individually,

                                 Defendants.
------------------------------------------------------------------X

Docket No.: 24-cv-01897
(SJB)(JMW)

**STIPULATION OF
VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned action be, and the same hereby is voluntarily dismissed on the merits, with prejudice as to all causes of action asserted, or which could have been asserted, without costs to any party as against the other.

This stipulation can be executed in counterparts and when taken as a whole, shall constitute a fully executed stipulation. Facsimile and/or electronic signatures shall be deemed original signatures.

Dated: May 8, 2026

**CAMPANELLI & ASSOCIATES**

By: _____
Andrew J. Campanelli, Esq.
*Attorneys for Plaintiff*
1757 Merrick Avenue, Suite 204
Merrick, New York 11566

Dated: May 7, 2026

**HARRIS BEACH MURTHA**

By: _____
Keith M. Corbett, Esq.
*Attorneys for Defendants*
The OMNI
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553